IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARK HERRIOTT REAMES,

     Appellant,

v.

Case No.    5D21-2290
LT Case No. 2020-CF-279

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed October 25, 2022

Appeal from the Circuit Court
for Sumter County,
Paul L. Militello, Judge.

Matthew J. Metz, Public Defender, and
Joseph Chloupek, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Daniel P. Caldwell, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


EVANDER, EDWARDS and NARDELLA, JJ., concur.